# EXHIBIT A

# EXHIBIT A

**IP Address:** 128.112.211.188 2008-04-09 16:06:28 EDT

**CASE ID#** 165925741

**P2P Network:** Gnutella

**Total Audio Files:** 114

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| Warner Bros. Records Inc. | Trapt | Headstrong | Trapt | 317-667 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Live Forever | Definitely Maybe | 206-408 |
| Arista Records LLC | Outkast | Roses | Speakerboxxx/The Love Below | 340-520 |
| Virgin Records America, Inc. | The Rolling Stones | Beast Of Burden | Some Girls | 1-522 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Warner Bros. Records Inc. | Disturbed | Stricken | Stricken (single) | 380-288 |
| Atlantic Recording Corporation | Sugar Ray | Abracadabra | 14:59 | 262-149 |

# EXHIBIT A

**IP Address:** 140.180.21.228 2007-11-09 07:28:29 EST

**CASE ID#** 147364977

**P2P Network:** Gnutella

**Total Audio Files:** 692

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | Keke Wyatt | Nothing In This World | Soul Sista | 303-159 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | The Closer I Get to You | Dangerously in Love | 342-236 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Love | Destiny Fulfilled | 363-786 |
| BMG Music | Jamie Foxx | Love Changes | Unpredictable | 374-820 |
| UMG Recordings, Inc. | Kanye West | Gold Digger | Gold Digger (single) | 377-885 |
| UMG Recordings, Inc. | 50 Cent | 21 Questions | Get Rich Or Die Tryin' | 337-801 |
| UMG Recordings, Inc. | Erykah Badu | Certainly | Baduizm | 233-364 |
| Virgin Records America, Inc. | Lenny Kravitz | Fly Away | 5 | 261-538 |
| BMG Music | Angie Stone | Wish I Didn't Miss You | Mahogany Soul | 303-830 |
| BMG Music | Erick Sermon | Music | Music | 301-906 |